COLUMBUS BAR ASSOCIATION *v.* COHODES.

[Cite as Columbus Bar Assn. *v.* Cohodes (1984), 9 Ohio St. 3d 83.]

(D.D. No. 83-18—Decided January 25, 1984.)

*Mr. J. Raymond Prohaska* and *Mr. Ira O. Kane,* for relator.
*Mr. Harold E. Wonnell,* for respondent.

*Per Curiam.* After a careful review of the evidence, this court finds that respondent violated DR 1-102(A)(1), (3), (4), (5), and (6), DR 9-102, DR 9-102(B)(3), and DR 9-102(B)(4) of the Code of Professional Responsibility and concurs with the recommendation of the board.

It is the judgment of this court that respondent be indefinitely suspended from the practice of law.

*Judgment accordingly.*

CELEBREZZE, C.J., W. BROWN, SWEENEY, LOCHER, HOLMES, C. BROWN and J. P. CELEBREZZE, JJ., concur.